THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (WICHITA)

In Re:                                  )
Mathias Gerard Hilger                   )
Connie Lou Hilger                       )
                                        )       Case No. 11-12522
                    Debtors.            )       Chapter 13
_____)

### OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN
### BY GARDEN PLAIN STATE BANK

COMES NOW Garden Plain State Bank by and through its attorney, Creath L. Pollak of Minter & Pollak, and objects to the Confirmation of the Debtors' Chapter 13 Plan because of the following:

1.      The Debtors' Chapter 13 Plan is not feasible and does not comply with 11 U.S.C.§1322.

2.      Garden Plain State Bank has a Promissory Note that matured on July 1, 2011 and is the subject of a completed Real Estate Foreclosure Action.  Said Promissory Note was secured by the Debtors' homestead plus all of Debtors' equipment, inventory, fixtures and Debtors' 1998 Ford Truck.

3.      Garden Plain State Bank is owed $191,568.04 as of the date of the filing of the Debtors' Bankruptcy Petition as reflected in the filed Proof of Claim No. 2.

4.      Pursuant to 11 U.S.C.§1322 the Debtors are required to pay the Claim of Garden Plain State Bank in full within the sixty (60) months of the Plan as the Loan matured prior to the Bankruptcy being filed.  The Plan does not pay said Claim in full over the life of the Plan it only pays $84,000.00 over the life of the Plan.  There is no

provision as to what the interest rate would be for said Claim nor does it provide for how this Claim is to be modified by the Debtors.

5.      In order to pay the Claim of Garden Plain State Bank in full at the Trustee's rate of 4.75% per annum, the Debtors' monthly payment to Garden Plain State Bank would need to be $3,521.58.  Said amount does not include insurance which would be at least $100.00 a month or taxes which would be at least $216.67 a month.  Together these would make the required monthly payment to Garden Plain State Bank of $3,838.25.  This would make their yearly payments to Garden Plain State Bank at least $46,029.00 which is significantly more than the Debtors have made over the past few years.

6.      In addition, the Plan does not reflect that Garden Plain State Bank has a Lien on the inventory, equipment and the 1998 Ford Truck.  Said Lien on such items shall continue until the Loan secured by the same is paid in full if the Debtors are successful in getting a Plan confirmed.

7.      It should also be noted that the Debtors stated that the Claim of the IRS was $36,000.00.  However, the Lien as reflected in the Journal Entry of Foreclosure is $88,000.00.

8.      The Debtors do not have the income to be able to make the payment necessary to cure the Default of the Promissory Note to Garden Plain State Bank and the Plan is therefore not feasible.

9.    In addition, the Debtors plan to have the payment made through an Employer Pay Order in the amount of $2,724.00 for Mrs. Hilger; however, the Chapter 13 Statement of Current Monthly Income shows that Mrs. Hilger's income is $1,125.51 a month, which is not sufficient to pay the Plan payment.

WHEREFORE, Garden Plain State Bank requests that the Court deny Confirmation of the Chapter 13 Plan as proposed by the Debtors as such is not feasible and does not comply with 11 U.S.C.§1322 and for such other relief as the Court deems necessary and appropriate.

 s/ Robert Minter
Creath L. Pollak, #21681
Robert Minter, #06749
MINTER & POLLAK
545 N. Woodlawn
Wichita, Kansas 67208
Telephone: (316) 265-0797
Fax: (316) 618-0058
E-mail: minter@mintwin.com
*Attorney for Garden Plain State Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of September, 2011 the above and foregoing Objection to Confirmation of Debtor's Chapter 13 Plan by Garden Plain State Bank was transmitted to the Clerk of the Court by using the CM/ECF systems which will send a notice of electronic filing to all parties of record including

Michael J. Studtmann
6235 W. Kellogg Drive
Wichita, KS 67209-2331
*Attorney for Debtors*

s/Robert Minter
Robert Minter, #06749
Creath L. Pollak, #21681
*Attorney for Garden Plain State Bank*